16-1235

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Yolanda A Johnson<br><br>　　　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>Case No. 15-15578 MDC |

### ENTRY OF APPEARANCE/ REQUEST FOR NOTICES

TO THE COURT:

    Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. in the above captioned matter.

               POWERS KIRN & ASSOCIATES, LLC

               By: **/s/ Jill Manuel-Coughlin, Esquire**
               Attorney ID# 63252
               Eight Neshaminy Interplex, Suite 215
               Trevose, PA 19053
               Telephone: 215-942-2090

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Yolanda A. Johnson

DEBTOR

CHAPTER 13

BANKRUPTCY CASE NUMBER
15-15578/MDC

## WITHDRAWAL OF APPEARANCE

Please withdraw my appearance on behalf of the Bank of America, N.A., in the above-captioned matter.

SHAPIRO & DENARDO, LLC

BY: _____
Kevin S. Frankel, Esquire
Attorney ID No #318323
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
Phone: (610)278-6800
Fax: (610)278-9980

Date: 9/9/16