UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

In re:                                                                  CHAPTER 13

    YOLANDA A. JOHNSON                      Bkcy. Case No. 15-15578-mdc

    Debtor.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF MOTION TO APPROVE LOAN MODIFICATION

TO:   Shapiro & DeNardo, LLC      William C. Miller, Trustee
       Kevin S. Frankel, Esq.          Chapter 13 Trustee
       3600 Horizon Drive, Ste 150    1234 Market Street, Ste 1813
       King Of Prussia                   Philadelphia, PA 19107

Bank of America, N.A.
PO Box 31785
Tampa, FL 33631

     PLEASE TAKE NOTICE, that Debtors, Yolanda Johnson by and through the undersigned counsel on November 3, 2016 at 11:00am or as soon as can be heard will move before the United States Bankruptcy Court, the Honorable Magdeline Coleman for an Order Approving Loan Modification with respect to the Property located at 7670 Woodcrest Avenue, Philadelphia, PA 19151.

Date: September 28, 2016

                                              Roach, Leite & Manyin, LLC

                                              By: _____
                                              Robert C. Leite-Young, Esq.
                                              Attorney for Debtors