**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| In re: | CHAPTER 13 |
| YOLANDA A. JOHNSON | Bkcy. Case No. 15-15578-mdc |
| Debtor. | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## 3rd AMENDED CHAPTER 13 PLAN

1.  The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor. **Debtor has paid $845.00 to the trustee to-date:**

$65.00 per month for **47 months** beginning October 3, 2016 and each month to be distributed by the Trustee under the Plan;

**The Plan is funded at $3,900.00**

2.  From the payments so received, the trustee shall make disbursements as follows:

(a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507 to:

ROACH, LEITE & MANYIN, LLC:                                          $1,000.00
Administrative Claim (see for 2016b for additional description)

(b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

CUSTOMER PORTFOLIO SERVICE [POC #4]:                        $0.10
Debtor shall tender post petition payments concerning this Auto Loan
to creditor outside of this Plan.

BANK OF AMERICA, N.A. [POC #8]:                                      $0.00*
Property Address: 7670 Woodcrest Avenue, Philadelphia, PA 19151
*Debtor obtained a loan modification with payment. Debtor shall
tender post petition payments concerning this Auto Loan to creditor
outside of this Plan.

CITY OF PHILADELPHIA LAW DEPARTMENT [POC #9]:        $197.98

(c) Co-signed and Other Separately Classified Unsecured

Claims as follows:

(d) Subsequent to-pro rata with dividends to secured creditor, dividends to unsecured creditors whose claims are duly filed and allowed as follows:

**PRO RATA DISTRIBUTION**

3. The following executory contract of the debtor are rejected: None

4. All secured creditors subject to the Chapter 13 Plan as set forth shall retain all liens on the subject property as each security agreement provides.

5. All liens which may be avoided pursuant to 11 U.S.C. Section 522(f) are hereby avoided.

6. Title to the debtors' property shall revest in the debtor on confirmation of a plan or upon dismissal of the case after confirmation pursuant to 11 U.S.C. Section 350.

Dated:        9/28/2016                    /s/ Yolanda Johnson
                                            Debtor

Dated:        9/28/2016                    /s/ Robert Leite-Young
                                            Attorney for Debtor

Acceptances may be mailed to Robert Leite-Young, Esquire, 6950 Castor Avenue, Philadelphia, PA 19149.