## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

* * * * * * * * * * * * * * * * * * * * * * * * * *

In re:                                                          CHAPTER 13

    YOLANDA A. JOHNSON                          Bkcy. Case No. 15-15578-mdc

    Debtor.

* * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE:

    The undersigned hereby certifies that on September 28 2016, a true, accurate and correct copy of Debtor's 3rd Amended Chapter 13 Plan was filed with the Clerk for the Eastern District of Pennsylvania Bankruptcy Court and has been served upon all parties of record via the Court's ECF system on this same day to the following:


BANK OF AMERICA, N.A.  
LeeAne O. Huggins, Esquire  
SHAPIRO & DENARDO, LLC  
3600 Horizon Drive, Suite 150  
King of Prussia, PA 19406  

CITY OF PHILA SCHOOL DISTRICT OF PHILA  
MUNICIPAL SERVICES BUILDING  
1401 JOHN F KENNEDY BLVD 5TH FL  
PHILADELPHIA PA 19102-1617  


Bank Of America  
450 American St  
SIMI VALLEY, CA 93065  

Bank Of Ametira  
PO BOX 982235  
EL PASO, TX 79998  

CAPITAL ONE  
P O BOX 30281  
SALT LAKE CITY, UT 84130  


CITIFINANCIAL  
605 MUNN RD C/S CARE DEPT  
FORT MILL, SC 29715-8421  

CSCL DISPUTE TEAM  
MAC N 8235-04M P O BOX 14517  
DES MOINES, IA 50306-3517  


Cavalry SPV I, LLC  
500 Summit Lake Drive, Ste 400  
Valhalla, NY 10595-1340  


Customer Portfolio Service  
P O Box 57071  
Irvine, CA 92619-7071  

Dept Of ED/Nelnet  
121 S 13th ST  
LINCOLN, NE 68508  

Discover Bank  
Discover Products Inc  
PO Box 3025 New  
Albany, OH 43054  


Discover Fincl Svs Llc  
P.O. Box 15316  
Wilmington, DE 19850  

ENHANCED RECOVERY CO  
PO Box 57547  
Jacksonville, FL 32241  

FIRST PREMIER BANK  
3820 N. LOUISE AVE  
SIOUX FALLS, SD 57107

| | | |
|---|---|---|
| GECRB/SAMSCLUB<br>BOX 965005<br>ORLANDO, FL 32896 | GLOBAL CREDIT NETWORK<br>CENTURY BLVD STE 420<br>GERMANTOWN, MD 20874 | MTGLQ Investors, LP PO<br>Rushmore Loan Mgt svc<br>P.O. Box 55004<br>Irvine, CA 92619 |
| PHILADELPHIA FCU<br>12800 TOWNSEND RD<br>PHILADELPHIA, PA 19154 | Premier Bankcard, Llc<br>c/o Jefferson Capital Systems LLC<br>PO Box 7999<br>Saint Cloud MN 56302 | |
| U.S. Attorney Office<br>Virginia Powel, Esq.<br>Room 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106 | Philadelphia<br>900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | |

U.S. Department of Education
C/O Nelnet
3015 South Parker Road, Suite 400
Aurora, CO 80014-2904

WILLIAM C. MILLER
Chapter 13 Trustee
1234 Market Street Suite 1813
Philadelphia, PA 19107-3704

**Date: September 28, 2016**                         **/s/ Robert Leite-Young**
                                                     Robert C. Leite-Young, Esquire
                                                     Attorney for Debtor
                                                     6950 Castor Avenue
                                                     Philadelphia, PA 19149
                                                     267.343.5818 (phone)
                                                     267.343.5821 (fax)