**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

* * * * * * * * * * * * * * * * * * * * * * * * * *

In re:                                                                    CHAPTER 13

    YOLANDA A. JOHNSON                     Bkcy. Case No. 15-15578-mdc

    Debtor.

* * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF NO RESPONSE**

TO THE CLERK OF BANKRUPTCY COURT:

    The undersigned certifies that to date there has been no response of debtor Yolanda A. Johnson's Motion to Approve Loan Modification by Secured Creditor Bank of America, N.A. any other interested party.

    /s/ Robert Leite-Young
    Robert C. Leite-Young
    6950 Castor Avenue
    Philadelphia, PA 19149
    (267) 343-5818
    (267) 343-5821fax