### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :        Chapter 13

Yolanda A. Johnson,                       :

                Debtor(s).                :        Bankruptcy No.   15-15578- MDC

# O R D E R

**AND NOW**, this        day of               , 2016, it is hereby **ORDERED** that if Yolanda

A. Johnson (the "Debtor(s)") and Bank of America, N.A. ("Mortgagee") elect to enter into the

proposed loan modification under the terms proposed by Mortgagee, the Debtor(s) and

Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions

of 11 U.S.C. §362.

                                          _____
                                          MAGDELINE D. COLEMAN
                                          UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA   19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

Courtroom Deputy
Eileen Godfrey