**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Yolanda A. Johnson, | : | |
| Debtor(s). | : | Bankruptcy No.  15-15578- MDC |

# O R D E R

**AND NOW**, this 14th day of November, 2016, it is hereby **ORDERED** that if <u>Yolanda A. Johnson</u> (the "Debtor(s)") and <u>Bank of America, N.A.</u> ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

*[signature]*

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA   19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

Courtroom Deputy
Eileen Godfrey