United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-15578-mdc
Yolanda A Johnson                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Nov 14, 2016
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db             +Yolanda A Johnson,    7670 Woodcrest Avenue,    Philadelphia, PA 19151-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   MTGLQ Investors, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com
              KEVIN S. FRANKEL    on behalf of Creditor    BANK OF AMERICA, N.A. pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor    BANK OF AMERICA, N.A. pabk@logs.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Yolanda A Johnson rleite@rlmfirm.com,
               Bankruptcyhelp101@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Yolanda A. Johnson, | : | |
| Debtor(s). | : | Bankruptcy No.   15-15578- MDC |

# O R D E R

**AND NOW**, this 14th day of November, 2016, it is hereby **ORDERED** that if Yolanda A. Johnson (the "Debtor(s)") and Bank of America, N.A. ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

William C. Miller, Esquire
Chapter 13 Trustee
111 S. Independence Mall, Suite 583
Philadelphia, PA   19106

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

Courtroom Deputy
Eileen Godfrey