# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------X
In re:                                          :
                                                :   CHAPTER 13
**YOLANDA A. JOHNSON**                          :
                                                :
       **Debtor**                       :   CASE NO.: 15-15578-mdc
                                                :
**CONSUMER PORTFOLIO SERVICES**                 :
                                                :
       **Plaintiff**                   :
                                                :   **11 U.S.C. §362**
   v.                                       :

**YOLANDA A. JOHNSON**                          :

       **Defendant**                   :   **PRAECIPE TO WITHDRAW**

**WILLIAM C. MILLER, TRUSTEE**                  :

       **Respondent**                  :
---------------------------------------------------X

Dear Sir/Madam:

    The undersigned wishes to withdraw debtors' response to creditor's Motion for Relief from Automatic Stay filed on December 13, 2016 (Document #83)

Date: January 4, 2017
     Philadelphia, Pennsylvania

                          Roach, Leite & Manyin, LLC

                            s/ Robert Leite-Young
                            Robert Leite-Young, Esquire
                            Attorney for Debtor
                            6950 Castor Avenue
                            Philadelphia, Pa 19149
                            (267) 343-5818
                            Rleite@rlmfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | | CHAPTER 13 |
| **YOLANDA A. JOHNSON** | : | |
| | | |
| **Debtor** | : | CASE NO.: 15-15578-mdc |
| | : | |
| **CONSUMER PORTFOLIO SERVICES** | : | |
| **Plaintiff** | : | |
| | : | **11 U.S.C. §362** |
| v. | | |
| | : | |
| **YOLANDA A. JOHNSON** | : | |
| **Defendant** | : | |
| **WILLIAM C. MILLER, TRUSTEE** | : | |
| **Respondent** | : | |

---------------------------------------------------X

## CERTIFICATE OF SERVICE

I, Robert Leite-Young, certify that on this 4th day of January 2017, the following Debtor's Praecipe to Withdraw has been served upon the following parties, at the addresses designated by said parties for that purpose via the Court's ECF electronic filing system to the following parties of record:

Peter J. Ashcroft, Esquire
Bernstein-Burkley, P.C.
707 Grant Street, Ste 2200, Gulf Tower
Pittsburgh, PA 15219

Office of The United States
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

Trustee William C. Miller
1234 Market Street, Suite 1813
Philadelphia, PA 19107

Date: January 4, 2017
      Philadelphia, Pennsylvania

                                      Roach, Leite & Manyin, LLC

                                                    s/ Robert Leite-Young
                                                    Robert Leite-Young, Esquire
                                                    Attorney for Debtor
                                                    6950 Castor Avenue
                                                    Philadelphia, Pa 19149
                                                    (267) 343-5818
                                                    Rleite@rlmfirm.com