IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 15-15578-mdc |
| YOLANDA A. JOHNSON, | Chapter 13 |
| Debtor, | Document No. |
| CONSUMER PORTFOLIO SERVICES, INC., | |
| Movant | |
| v. | |
| YOLANDA A. JOHNSON and WILLIAM C. MILLER, Ch. 13 Trustee, | |
| Respondents | |

### ORDER OF COURT

AND NOW, this 6th day of January, 2017, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED that:

a. Relief from the Automatic Stay is granted as to the interest of Consumer Portfolio Services, Inc., in the 2013 Mitsubishi Outlander Sport Utility 4D ES 2WD I4, VIN 4A4AP3AU3DE007609; and,

b. Debtor shall disclose the location of the Vehicle and cooperate with its surrender; and,

c. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order.

BY THE COURT:

Hon. Magdeline D. Coleman
U.S. Bankruptcy Court Judge