**L.B.F. 2016-2A "Short Form" Application of Counsel for Debtor for Compensation and Reimbursement of Expenses in Chapter 13 Case Pursuant to L.B.R. 2016-2(a)**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| YOLANDA A. JOHNSON | ) | |
| | ) | |
| **Debtor** | ) | |
| | ) | Bky. No. 15-15578-mdc |
| | ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Counsel for debtor Robert Leite-Young has filed an Application for approval of Compensation, attorney's fees and cost regarding the above captioned Chapter 13 case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **04/12/2017** you or your attorney must do all of the following:

   (a) file an answer explaining your position at

   Eastern District of Pennsylvania
   Bankruptcy Clerk's Office
   900 Market Street, Ste 400
   Philadelphia, PA 19107
   215-408-2800

   If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

   (b) mail a copy to the movant's attorney:

   Robert Leite-Young, Esquire
   Roach, Leite & Manyin, LLC

6950 Castor Avenue  
Philadelphia, PA 19149  
267-343-5818  
267-343-5821

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A hearing on the Motion is scheduled to be held before the Honorable Judge Magdeline D. Coleman on 04/27/2017 at 11:00am in Courtroom #2, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.**

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: March 27, 2017

Roach & Leite, LLC

/s Robert Leite-Young  
Robert C. Leite-Young, Esq.  
Attorney for Debtor