L.B.F. 2016-2A "Short Form" Application of Counsel for Debtor for
Compensation and Reimbursement of Expenses in Chapter 13 Case Pursuant
to L.B.R. 2016-2(a)

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| YOLANDA A. JOHNSON | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bky. No. 15-15578-mdc |
| | ) | |

### PROPOSED ORDER

AND NOW, this _____ 28 ½ _____ day of _____ April _____,

2017, it is hereby ORDERED as follows: THAT the application of Robert Leite-Young, Esquire

under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual,

necessary expenses is hereby **GRANTED**.

**IT IS FURTHERE ORDERED** that counsel shall receive an award of compensation in

the amount of $1,305.00 for 8 hours expended in providing bankruptcy services.

Dated: **4/28/17**

_____
Hon. Judge
Magdeline D. Coleman