United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15578-mdc
Yolanda A Johnson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 1          Date Rcvd: May 01, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2017.
db            +Yolanda A Johnson,    7670 Woodcrest Avenue,    Philadelphia, PA 19151-2705

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 1, 2017 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor   MTGLQ Investors, LP agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JILL MANUEL-COUGHLIN    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          KEVIN S. FRANKEL    on behalf of Creditor   BANK OF AMERICA, N.A. pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor   BANK OF AMERICA, N.A. pabk@logs.com
          PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc.
           pashcroft@bernsteinlaw.com,
           pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
           rive.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Attorney Robert Captain Leite-Young rleite@rlmfirm.com,
           Bankruptcyhelp101@gmail.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Yolanda A Johnson rleite@rlmfirm.com,
           Bankruptcyhelp101@gmail.com
          THOMAS I. PULEO    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER   ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                    TOTAL: 10

L.B.F. 2016-2A "Short Form" Application of Counsel for Debtor for
Compensation and Reimbursement of Expenses in Chapter 13 Case Pursuant
to L.B.R. 2016-2(a)

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| YOLANDA A. JOHNSON | ) | |
| | ) | |
| Debtor | ) | |
| | ) | Bky. No. 15-15578-mdc |
| | ) | |

### ~~PROPOSED~~ ORDER

AND NOW, this _____28 ½_____ day of _Apri l_____,

2017, it is hereby ORDERED as follows: THAT the application of Robert Leite-Young, Esquire

under § 330 of the Bankruptcy Code for an award of compensation and reimbursement of actual,

necessary expenses is hereby **GRANTED**.

    **IT IS FURTHERE ORDERED** that counsel shall receive an award of compensation in

the amount of $1,305.00 for 8 hours expended in providing bankruptcy services.

Dated: _4/28/17_____

                                        _Magdeline D. C_
                                        Hon. Judge
                                        Magdeline D. Coleman