United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Yolanda A Johnson  
      Debtor

Case No. 15-15578-mdc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Jan 25, 2018  
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
13928313      +E-mail/Text: bankruptcy@consumerportfolio.com Jan 26 2018 01:49:19  
        CONSUMER PORTFOLIO SERVICES, INC.,   P.O. BOX 57071,   IRVINE, CA. 92619-7071  
                                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2018                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2018 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   MTGLQ Investors, LP agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
        JILL  MANUEL-COUGHLIN   on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
        KEVIN S. FRANKEL   on behalf of Creditor   BANK OF AMERICA, N.A. pa-bk@logs.com
        LEEANE O. HUGGINS   on behalf of Creditor   BANK OF AMERICA, N.A. pabk@logs.com
        PETER J. ASHCROFT   on behalf of Creditor   Consumer Portfolio Services, Inc. pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        ROBERT CAPTAIN LEITE-YOUNG   on behalf of Attorney Robert Captain Leite-Young rleite@rlmfirm.com, legalhelp101@rlmfirm.com
        ROBERT CAPTAIN LEITE-YOUNG   on behalf of Debtor Yolanda A Johnson rleite@rlmfirm.com, legalhelp101@rlmfirm.com
        THOMAS I. PULEO   on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                                                                              TOTAL: 10

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15578-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Yolanda A Johnson
7670 Woodcrest Avenue
Philadelphia PA 19151

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/24/2018.

Name and Address of Alleged Transferor(s):

Claim No. 4: CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619

Name and Address of Transferee:

eCAST Settlement Corporation
PO Box 29262
New York NY 10087-9262

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    01/27/18

Tim McGrath
**CLERK OF THE COURT**