United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 15-15578-mdc
Yolanda A Johnson                                                       Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Mar 12, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
13824169        Bank of America, N.A.,    PO Box 660993,    Dallas, TX 75266-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor   MTGLQ Investors, LP agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor   BANK OF AMERICA, N.A. jill@pkallc.com, chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
              KEVIN S. FRANKEL    on behalf of Creditor   BANK OF AMERICA, N.A. pa-bk@logs.com
              LEEANE O. HUGGINS    on behalf of Creditor   BANK OF AMERICA, N.A. pabk@logs.com
              PETER J. ASHCROFT    on behalf of Creditor   Consumer Portfolio Services, Inc. pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Attorney Robert Captain Leite-Young rleite@rlmfirm.com, legalhelp101@rlmfirm.com
              ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Yolanda A Johnson rleite@rlmfirm.com, legalhelp101@rlmfirm.com
              THOMAS I. PULEO    on behalf of Creditor   MTGLQ Investors, LP tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 10

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 15-15578-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Yolanda A Johnson
7670 Woodcrest Avenue
Philadelphia PA 19151

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2018.

Name and Address of Alleged Transferor(s):

Claim No. 8: Bank of America, N.A., PO Box 660993, Dallas, TX 75266-0933

Name and Address of Transferee:

Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/14/18

Tim McGrath
**CLERK OF THE COURT**