PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
(818) 227-0637 facsimile
cmartin@pralc.com
FHAC.241-6092.NF

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re                                                                       Bk. No. 15-15578-mdc

Yolanda A Johnson,                                                 Chapter 13

    Debtor.
_____/

## REQUEST FOR SPECIAL NOTICE

IT IS HEREBY REQUESTED that copies of any documents, pleadings or Orders for which claimant Carrington Mortgage Services, LLC, its assignees and/or successors in interest, is entitled to service or notice, with regard to the real property described as 7670 Woodcrest Avenue, Philadelphia, Pennsylvania 19151 (Loan No. XXXX2938), and that a courtesy copy also be sent to:

**PROBER & RAPHAEL, A LAW CORPORATION**
**20750 Ventura Boulevard, Suite 100**
**Woodland Hills, California 91364**

This does not constitute a general appearance for any purpose and is not a waiver of any service requirements, under applicable law, including, but not limited to Bankruptcy Rule 7004.

Dated: March 2, 2018              By /s/ Lee S. Raphael
                                         LEE S. RAPHAEL, ESQ., CA BAR # 180030
                                         As Agent for Claimant

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Roger Soria, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 03/16/18, I served the within REQUEST FOR SPECIAL NOTICE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Yolanda A Johnson
7670 Woodcrest Avenue
Philadelphia, PA 19151
Debtor

Robert Captain Leite-Young, Esquire
Roach, Leite & Manyin, LLC
6950 Castor Avenue
Philadelphia, PA 19149
Attorney for Debtor

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105
Chapter 13 Trustee

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 03/16/18, at Woodland Hills, California.

/s/ Roger Soria