United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 15-15578-mdc
Yolanda A Johnson                                               Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Virginia        Page 1 of 2          Date Rcvd: Oct 10, 2019
                            Form ID: pdf900      Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2019.
```
db             +Yolanda A Johnson,    7670 Woodcrest Avenue,    Philadelphia, PA 19151-2705
aty            +Robert Captain Leite-Young,    Roach & Leite, LLC,    6950 Castor Avenue,
                 Philadelphia, PA 19149,    UNITED STATES 19149-1703
cr             +BANK OF AMERICA, N.A.,    LeeAne O. Huggins, Esquire,    SHAPIRO & DENARDO, LLC,
                 3600 Horizon Drive, Suite 150,    King of Prussia, PA 19406-4702
13575251       +Bank Of Ametica,    450 American St,    SIMI VALLEY, CA 93065-6285
13575252        Bank Of Ametica,    PO BOX 982235,    EL PASO, TX 79998-2235
13665438        Bank of America, N.A.,    P.O. Box 31785,    Tampa, FL 33631-3785
13824169        Bank of America, N.A.,    PO Box 660993,    Dallas, TX 75266-0933
13575254        CITIFINANCIAL,    605 MUNN RD C/S CARE DEPT,    FORT MILL, SC 29715-8421
13575255       +CSCL DISPUTE TEAM,    MAC N 8235-04M P O BOX 14517,    DES MOINES, IA 50306-3517
14071972       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14192712       +Carrington Mortgage Services, LLC,    c/o Lee S. Raphael, Esq.,
                 Prober & Raphael, A Law Corporation,    20750 Ventura Boulevard. Suite 100,
                 Woodland Hills, California 91364-6207
13575256        Customer Portfolio Service,    P O Box 57071,    Irvine, CA 92619-7071
13575260       +FIRST PREMIER BANK,    3820 N. LOUISE AVE,    SIOUX FALLS, SD 57107-0145
13575262        GLOBAL CREDIT NETWORK,    20010 CENTURY BLVD STE 420,    GERMANTOWN, MD 20874-1118
13612126       +MTGLQ Investors, LP,    Rushmore Loan Management Services,    P.O. Box 55004,
                 Irvine, CA 92619-5004
13575263       +PHILADELPHIA FCU,    12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
13612124       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
14044024        eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:22     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 11 2019 02:42:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 11 2019 02:42:20     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13575253        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2019 02:51:07     CAPITAL ONE,
                 P O BOX 30281,    SALT LAKE CITY, UT 84130-0281
13666956        E-mail/Text: megan.harper@phila.gov Oct 11 2019 02:42:22     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA 19102-1595
13928313       +E-mail/Text: bankruptcy@consumerportfolio.com Oct 11 2019 02:42:16
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13602819       +E-mail/Text: bankruptcy@cavps.com Oct 11 2019 02:42:18     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13575257        E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2019 02:42:15     Dept Of ED/Nelnet,
                 121 S 13th ST,    LINCOLN, NE 68508-1904
13580187        E-mail/Text: mrdiscen@discover.com Oct 11 2019 02:41:52     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
13575258       +E-mail/Text: mrdiscen@discover.com Oct 11 2019 02:41:52     Discover Fincl Svs Llc,
                 P.O. Box 15316,    Wilmington, DE 19850-5316
13575259       +E-mail/Text: bknotice@ercbpo.com Oct 11 2019 02:42:15     ENHANCED RECOVERY CO,    PO Box 57547,
                 Jacksonville, FL 32241-7547
13575261       +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2019 02:51:52     GECRB/SAMSCLUB,    PO BOX 965005,
                 ORLANDO, FL 32896-5005
13631768       +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2019 02:42:17     Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13587954       +E-mail/Text: electronicbkydocs@nelnet.net Oct 11 2019 02:42:17     U.S. Department of Education,
                 C/O Nelnet,    3015 South Parker Road, Suite 400,    Aurora, CO 80014-2904
                                                                                               TOTAL: 14
```

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*            +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
cr*             eCAST Settlement Corporation,    PO Box 29262,    New York, NY 10087-9262
13581307*      +Bank Of Ametica,    450 American St,    SIMI VALLEY, CA 93065-6285
13581308*       Bank Of Ametica,    PO Box 982235,    EL PASO, TX 79998-2235
13665439*       Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
13581309*       CAPITAL ONE,    P O BOX 30281,    SALT LAKE CITY, UT 84130-0281
13581310*       CITIFINANCIAL,    605 MUNN RD C/S CARE DEPT,    FORT MILL, SC 29715-8421
13581311*      +CSCL DISPUTE TEAM,    MAC N 8235-04M P O BOX 14517,    DES MOINES, IA 50306-3517
13581312*       Customer Portfolio Service,    P O Box 57071,    Irvine, CA 92619-7071
13581313*       Dept Of ED/Nelnet,    121 S 13th ST,    LINCOLN, NE 68508-1904
13581314*      +Discover Fincl Svs Llc,    P.O. Box 15316,    Wilmington, DE 19850-5316
13581315*      +ENHANCED RECOVERY CO,    PO Box 57547,    Jacksonville, FL 32241-7547
13581316*      +FIRST PREMIER BANK,    3820 N. LOUISE AVE,    SIOUX FALLS, SD 57107-0145
13581317*       GECRB/SAMSCLUB,    PO BOX 965005,    ORLANDO, FL 32896-5005
13581318*       GLOBAL CREDIT NETWORK,    20010 CENTURY BLVD STE 420,    GERMANTOWN, MD 20874-1118
```

```
District/off: 0313-2          User: Virginia           Page 2 of 2           Date Rcvd: Oct 10, 2019
                              Form ID: pdf900          Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
13581319*        +PHILADELPHIA FCU,   12800 TOWNSEND RD,    PHILADELPHIA, PA 19154-1095
                                                                             TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2019 at the address(es) listed below:

```
          ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JASON BRETT SCHWARTZ    on behalf of Creditor    Bank United, N.A. jschwartz@mesterschwartz.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor    BANK OF AMERICA, N.A. jill@pkallc.com,
           chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
           ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          KEVIN S. FRANKEL    on behalf of Creditor    BANK OF AMERICA, N.A. pa-bk@logs.com
          LEEANE O. HUGGINS    on behalf of Creditor    BANK OF AMERICA, N.A. pabk@logs.com
          PETER J. ASHCROFT    on behalf of Creditor    Consumer Portfolio Services, Inc.
           pashcroft@bernsteinlaw.com,   ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Debtor Yolanda A Johnson rleite@roachleite.com,
           lanette@roachleite.com
          ROBERT CAPTAIN LEITE-YOUNG    on behalf of Attorney Robert Captain Leite-Young
           rleite@roachleite.com,   lanette@roachleite.com
          THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | Chapter 13 |
|---|---|
| YOLANDA A JOHNSON | |
| Debtor | Bankruptcy No. 15-15578-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

October 10, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT CAPTAIN LEITE-YOUNG
6950 CASTOR AVENUE

PHILADELPHIA, PA 19149-

Debtor:
YOLANDA A JOHNSON

7670 WOODCREST AVENUE

PHILADELPHIA, PA 19151